1  LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85706)
2    James K. Lynch (Bar No. 178600)
   Timothy L. O'Mara (Bar No. 212731)
3    Elissa J. Germaine (Bar No. 219195)
  505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-2562
  Telephone:  (415) 391-0600
5  Facsimile:  (415) 395-8095

                               **E-filed 7/5/05**

6  Attorneys for Defendant
  ERNST & YOUNG LLP
7

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  DANIEL SPRINGER,           |  CASE NO. C 05-00025 JF

13          Plaintiff,

14                    |  **STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**
     v.

15  ERNST & YOUNG LLP; THOMAS C.
  TRAUGER; OLIVER G. FLANAGAN;    |  Date:
16  MICHAEL MULLEN; and DOES 1 through    Time:
  20, inclusive,                  Place:   Courtroom 3, 5th Floor
17                      |  Judge:  Hon. Jeremy Fogel
        Defendants.
18

19

20

21

22

23

24

25

26

27

28

1          Defendant Ernst & Young LLP, Defendant Michael Mullen, Defendant Thomas

2   Trauger and Plaintiff Daniel Springer, through their respective counsel of record, subject to the

3   Court's approval, hereby STIPULATE AS FOLLOWS:

4          1.      WHEREAS Plaintiff Springer filed a Motion to Remand, which is

5   currently under submission;

6          3.      WHEREAS a Case Management Conference is currently scheduled for

7   July 8, 2005;

8          4.      WHEREAS, the parties agree that, to avoid the possible waste of judicial

9   resources, the Case Management Conference should be continued to August 19, 2005, and the

10  deadlines relating to the Case Management Conference be deferred and correspond to the new

11  date for the Case Management Conference (i.e., the deadline for the Federal Rule of Civil

12  Procedure 26(f) conference will be July 29, 2005 and the deadline for the Case Management

13  Statement and Initial Disclosures will be August 12, 2005);

14          NOW, THEREFORE,

15          5.      The parties respectfully request that the Case Management Conference be

16  rescheduled for August 19, 2005.

17  ////

18

19

20

21

22

23

24

25

26

27

28

6.     The parties also respectfully request that the deadlines relating to the Case Management Conference be deferred and correspond to the new date for the Case Management Conference as provided in this stipulation.

IT IS SO STIPULATED.

Dated:  June 22, 2005

Respectfully submitted,
LATHAM & WATKINS LLP


_____/S/_____
James K. Lynch

PETER A. WALD
JAMES K. LYNCH
ELISSA J. GERMAINE
505 Montgomery Street, Suite 1900
San Francisco, CA 94111-2562
Tel: (415) 391-0600
Fax: (415) 395-8095
Attorneys for Defendants Ernst & Young LLP

Dated:  June 22, 2005

HIGHMAN, HIGHMAN & BALL


_____
Lawrence Ball

LAWRENCE BALL
BRUCE J. HIGHMAN
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone:  (415) 982-5563
Fax:     (415) 982-5202
Attorneys for Plaintiff Daniel Springer

Dated:  June 22, 2005

ROGERS JOSEPH O'DONNELL & PHILLIPS


_____
Thomas D. Blanford

PATRICIA A. MEAGHER
THOMAS D. BLANFORD
311 California Street
San Francisco, CA 94104
Telephone:  (415) 956-2828
Fax:     (415) 956-6457
Attorneys for Defendant Michael Mullen

1        6.     The parties also respectfully request that the deadlines relating to the Case

2 Management Conference be deferred and correspond to the new date for the Case Management

3 Conference as provided in this stipulation.

4        IT IS SO STIPULATED.

5                                                Respectfully submitted,

6 Dated: June 22, 2005             LATHAM & WATKINS LLP

7

8                                  /S/
                                     James K. Lynch

9                              PETER A. WALD

10                              JAMES K. LYNCH
                             ELISSA J. GERMAINE

11                              505 Montgomery Street, Suite 1900
                             San Francisco, CA 94111-2562

12                              Tel: (415) 391-0600
                             Fax: (415) 395-8095

13                              Attorneys for Defendants Ernst & Young LLP

14

15 Dated: June 22, 2005          HIGHMAN, HIGHMAN & BALL

16

17                              Lawrence Ball

18                              LAWRENCE BALL
                             BRUCE J. HIGHMAN

19                              870 Market Street, Suite 467
                             San Francisco, CA 94102

20                              Telephone: (415) 982-5563
                             Fax:   (415) 982-5202

21                              Attorneys for Plaintiff Daniel Springer

22 Dated: June 22, 2005          ROGERS JOSEPH O'DONNELL & PHILLIPS

23

24                              Thomas D. Blanford

25                              PATRICIA A. MEAGHER
                             THOMAS D. BLANFORD

26                              311 California Street
                             San Francisco, CA 94104

27                              Telephone: (415) 956-2828
                             Fax:   (415) 956-6457

28                              Attorneys for Defendant Michael Mullen

1          6.     The parties also respectfully request that the deadlines relating to the Case

2  Management Conference be deferred and correspond to the new date for the Case Management

3  Conference as provided in this stipulation.

4        IT IS SO STIPULATED.

5

6  Dated: June 22, 2005              Respectfully submitted,
                        LATHAM & WATKINS LLP

7

8                            /S/
                        James K. Lynch

9

10               PETER A. WALD
               JAMES K. LYNCH
               ELISSA J. GERMAINE

11              505 Montgomery Street, Suite 1900
               San Francisco, CA 94111-2562

12              Tel: (415) 391-0600
               Fax: (415) 395-8095

13              Attorneys for Defendants Ernst & Young LLP

14

15  Dated: June 22, 2005         HIGHMAN, HIGHMAN & BALL

16

17                    Lawrence Ball

18              LAWRENCE BALL
               BRUCE J. HIGHMAN

19              870 Market Street, Suite 467
               San Francisco, CA 94102

20              Telephone: (415) 982-5563
               Fax:  (415) 982-5202

21              Attorneys for Plaintiff Daniel Springer

22  Dated: June 22, 2005         ROGERS JOSEPH O'DONNELL & PHILLIPS

23

24                   Thomas D. Blanford

25              PATRICIA A. MEAGHER
              THOMAS D. BLANFORD

26              311 California Street
               San Francisco, CA 94104

27              Telephone: (415) 956-2828
               Fax:  (415) 956-6457

28              Attorneys for Defendant Michael Mullen

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3           STIPULATION AND [PROPOSED] ORDER
                CASE NUMBER: C-05-00025-JF

06/22/05  WED 10:55  [TX/RX NO 8072]

1  Dated: June 22, 2005          SWANSON & McNAMARA LLP

2

3                                    Alexis Haller

4                                EDWARD W. SWANSON
                                 ALEXIS HALLER
5                                300 Montgomery Street, Suite 1100
                                 San Francisco, CA 94104
6                                Telephone: (415) 477-3800
                                 Fax:   (415) 477-9010
7                                Attorneys for Defendant Thomas Trauger

8

9                                  **ORDER**

10           Pursuant to the above stipulation of the parties, and good cause appearing, IT IS

11  SO ORDERED that the Case Management Conference shall be rescheduled for August 19, 2005.

12

   Dated   7/5/05
13

14                                 /s/electronic signature authorized

15                                 The Honorable Jeremy Fogel
   SF\519554.1                     United States District Court Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS™
ATTORNEYS AT LAW
SAN FRANCISCO
                        4               STIPULATION AND [PROPOSED] ORDER
                                        CASE NUMBER: C-05-00025-JF